# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| **MICHAEL ANDREW WHITENER, JR.** | ) | JUDGMENT |
| | ) | |
| Petitioner, | ) | 1:13-cv-00210-MR |
| | ) | 1:09-cr-00022-MR |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 29, 2013 Memorandum of Decision and Order.

October 29, 2013

Frank G. Johns, Clerk
United States District Court